# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| GLOBAL TECHNOLOGY ENTERPRISES, INC.<br>305 N. State Highway 101<br>Chico, Texas 76431<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNLIMITED DELIVERIES LLC dba MK TRUCKING<br>c/o Susan Berel, Registered Agent<br>1308 Bienville Boulevard<br>Ocean Springs, Mississippi 39564<br><br>　　　　　Defendant. | CASE NO. 4:24-cv-00131<br><br>JUDGE REED C. O'CONNOR<br><br><br>**PLAINTIFF GLOBAL TECHNOLOGY ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,7.1 and L.R. 3.3, Plaintiff Global Technology Enterprises, Inc. ("GTE") makes the following corporate disclosures:

**1.    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

- GTE

- Defendant Unlimited Deliveries LLC dba MK Trucking ("MK Trucking")

   2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a

23849930 v1

**financial interest in or other interest which could be substantially affected by the outcome of this case:**

- GTE
- MK Trucking
- Benesch, Friedlander, Coplan & Aronoff LLP
- Thomas O. Crist, Esq.
- Eric L. Zalud, Esq.
- Clare R. Taft, Esq.
- Travelers Insurance

**3.** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiff:        Thomas O. Crist (24119645)
                      Eric Larson Zalud (*pro hac vice forthcoming*)
                      Clare R. Taft (*pro hac vice forthcoming*).
                      **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
                      127 Public Square, Suite 4900
                      Cleveland, Ohio  44114-2378
                      Telephone:  (216) 363-4500
                      Facsimile:  (216) 363-4588
                      Email:
                      tcrist@beneschlaw.com
                      ezalud@beneschlaw.com
                      ctaft@beneschlaw.com

For Defendant:

2

23849930 v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Plaintiff Global Technology Enterprises, Inc.'s Certificate of Interested Parties and Corporate Disclosure Statement was served by email and First Class U.S. Mail, postage prepaid, this 9th day of February 2024 upon:

UNLIMITED DELIVERIES LLC dba MK TRUCKING
c/o Susan Berel, Registered Agent
1308 Bienville Boulevard
Ocean Springs, Mississippi 39564

                                        */s/ Thomas O. Crist*
                                        Thomas O. Crist

23849930 v1